FILED
CLERK, U.S. DISTRICT COURT

JAN 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PETER HOWARD, JR., <br><br> Defendant. | Case No. CR 00-1273 R <br><br> **ORDER OF DETENTION** <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: (1) his unverified background; (2) his lack of bail resources; (3) the instant allegations, which indicate that he is not amenable to supervision; and (4) defendant submitted to detention request.

and/or

1 | B.     ( ) The defendant has not met his/her burden of establishing by clear and convincing
2 | evidence that he/she is not likely to pose a danger to the safety of any other person or the
3 | community if released under 18 U.S.C. § 3142(b) or (c). This finding is based
4 | on:_____
5 | _____

6 |        IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
7 | further revocation proceedings.
8 | Dated: _____Jan. 27_____, 2009.

                                                           _____
                                                           Fernando M. Olguin
                                                           United States Magistrate Judge